AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

─── **OFFENSE CHARGED** ───

8 USC §§ 1326 (a) and (b) --
Deported Alien Found in the
United States

**e-filing**

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

DEC 2 0 2007

─── **DEFENDANT - U.S.** ───

▶ FILIBERTO MOLINA-SANTANA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PENALTY:

20 years imprisonment; $250,000 fine; 3 years supervised
release and $100 special assessment

DISTRICT COURT NUMBER

**CR07-0808**

**C W**

─── **PROCEEDING** ───
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM           **SCOTT N. SCHOOLS**
                ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Wade M. Rhyne, AUSA

─── **DEFENDANT** ───

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
      was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
      charges                } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Santa Rita Jail

Has detainer    ☐ Yes  } If "Yes"
been filed?     ☐ No    give date
                        filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount:  No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION

#### VENUE: OAKLAND

**CR07-0808** CW

UNITED STATES OF AMERICA,

 **V.**

FILIBERTO MOLINA-SANTANA,
(a/k/a Filiberto Molina, a/k/a Omar Pineda,
a/k/a Filberto Pineda, a/k/a Juan Carlos Pineda),

**FILED**

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

DEFENDANT.

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in
the United States

A true bill.

_Dave Metzger_
Foreman

Filed in open court this _20th_ day of
_December, 2007_

Clerk

Bail, $ _No bail, arrest warrant._

_Wayne D. Brazil_  12/20/07

1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3

4

*E-filing*

FILED

DEC 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CW

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR 07-0808 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| | ) | |
| FILIBERTO MOLINA-SANTANA (a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda), | ) | OAKLAND VENUE |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

    1.    Prior to August 22, 2005, the defendant, FILIBERTO MOLINA-SANTANA (a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda), was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

    2.    On or about August 22, 2005, the defendant, FILIBERTO MOLINA-SANTANA (a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda), was removed, excluded, and deported from the United States.

INDICTMENT

3.     After August 22, 2005, the defendant, FILIBERTO MOLINA-SANTANA

(a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda),

knowingly and voluntarily reentered and remained in the United States.

4.     On or about August 20, 2007, in the Northern District of California, the defendant,

FILIBERTO MOLINA-SANTANA
(a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda),

an alien, was found in the United States without having obtained the express consent of the

Attorney General or the Secretary of the Department of Homeland Security to reapply for

admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)

and (b).

//

DATED:     December 18, 2007         A TRUE BILL.


_____
FOREPERSON


SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
AUSA WADE M. RHYNE


INDICTMENT                    2