1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                        OAKLAND DIVISION
11

12 | UNITED STATES OF AMERICA,           )  No. CR-07-0808 CW
                                         )
13 |     Plaintiff,                      )
                                         )  PETITION FOR AND WRIT OF HABEAS
14 | v.                                  )  CORPUS AD PROSEQUENDUM
                                         )
15 |                                     )
   | FILIBERTO MOLINA-SANTANA            )
16 | (a/k/a Filiberto Molina, a/k/a Omar Pineda, )  OAKLAND VENUE
   | a/k/a Filiberto Pineda, a/k/a Juan Carlos   )
17 | Pineda),                            )
                                         )
18 |     Defendant.                      )

19 _____

20    TO:   The Honorable Elizabeth D. Laporte, United States Magistrate Judge of the
21          United States District Court for the Northern District of California:
22
23
      Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court
24
   issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, FILIBERTO
25
   MOLINA-SANTANA, whose place of custody and jailor are set forth in the requested Writ,
26
   //
27
   //
28

PETITION AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-0808 CW

1  attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  Dated: January 16, 2008                    Respectfully submitted,
5                                             JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7                                              /s/ WMRy
8                                             _____
                                               WADE M. RHYNE
                                               Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-0808 CW

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Monday, February 4, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of FILIBERTO MOLINA-SANTANA (a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda) (PFN AYA730), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that FILIBERTO MOLINA-SANTANA may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Elizabeth D. Laporte, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: January___, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM
No. CR-07-0808 CW