UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0808 CW |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER GRANTING |
| v. ) | PETITION FOR AND WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| FILIBERTO MOLINA-SANTANA ) | |
| (a/k/a Filiberto Molina, a/k/a Omar Pineda, ) | |
| a/k/a Filiberto Pineda, a/k/a Juan Carlos ) | |
| Pineda), ) | |
| ) | |
| Defendant. ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, FILIBERTO MOLINA-SANTANA, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Monday, February 4, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: January___, 2008                    _____
                                           HON. ELIZABETH D. LAPORTE
                                           United States Magistrate Judge