1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, CA 94612
   Telephone: (510) 637-3693
7  FAX: (510) 637-3724

8  Attorneys for the United States

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,            )   No. CR 07-0808 CW
13                                      )   [Filed: December 20, 2007]
              Plaintiff,                )
14                                      )
         v.                             )
15                                      )
   FILIBERTO MOLINA-SANTANA             )
16 (a/k/a Filiberto Molina, a/k/a Omar Pineda, )
   a/k/a Filiberto Pineda,              )
17 a/k/a Juan Carlos Pineda),           )
                                        )
18            Defendant.                )
   _____)
19
   UNITED STATES OF AMERICA,            )   No. CR-06-0342 DLJ
20                                      )   [Filed: March 24, 2006]
              Plaintiff,                )
21                                      )
         v.                             )
22                                      )   NOTICE OF RELATED CASE
   FILIBERTO MOLINA-SANTANA             )
23 (a/k/a Filiberto Molina, a/k/a Omar Pineda, )
   a/k/a Filiberto Pineda,              )
24 a/k/a Juan Carlos Pineda),           )   IN A CRIMINAL ACTION
                                        )
25            Defendant.                )   (Oakland Venue)
   _____)
26

27       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

28 Court that the two above-captioned criminal cases are related.  The more recent charge filed on
   NOTICE OF RELATED CASE
   IN A CRIMINAL ACTION
   CR-07-0808 CW and CR-06-0342 DLJ           1

1  March 24, 2006 (see Attachment) involves, in part, the same general crime as the original offense
2  set out in Counts One and Two of the Form 12 Supervised Release violation in case CR 06-0342
3  DLJ, now pending before the Honorable D. Lowell Jensen.  The cases are related within the
4  meaning of Local Rules 8-1(b)(1) and (b)(2) because the cases involve the same defendant, and it
5  appears likely that a substantial duplication of labor would occur if the cases were heard by
6  different Judges.
7       In particular, the more recent Indictment alleges that the defendant is a deported alien
8  found in the United States in violation of 8 U.S.C. §§ 1326(a) and (b).  Similarly, the previous
9  charge against the defendant alleged two counts of improper entry by an alien in violation of 8
10 U.S.C. § 1325(a), wherein Judge Jensen sentenced the defendant as follows: (1) as to Count One,
11 that the defendant be imprisoned for 6 months to run concurrently with the sentence in Count
12 Two with one year of supervised release; (2) as to Count Two, that the defendant be imprisoned
13 for 15 months with no term of supervised release.
14      Because the cases involve the same defendant and same general crimes, if the defendant
15 is found guilty, the sentencing in both cases would be more efficient and better preserve judicial
16 resources by relating the matters.
17      Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
18 assignment of these cases to a single judge is likely to conserve judicial resources and promote an
19 efficient determination of each action.
20
21 Date: January 24, 2008.                    Respectfully Submitted,
22                                            JOSEPH P. RUSSONIELLO
                                              United States Attorney
23
24                                            _____/s/_____
                                              WADE M. RHYNE
25                                            Assistant United States Attorney
26
27
28
   NOTICE OF RELATED CASE
   IN A CRIMINAL ACTION
   CR-07-0808 CW and CR-06-0342 DLJ          2