```
1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0808 DLJ |
| ) | No. CR 06-0342 DLJ |
| Plaintiff, ) | |
| v. ) | |
| ) | PETITION FOR AND WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| FILIBERTO MOLINA-SANTANA ) | |
| (a/k/a Filiberto Molina, a/k/a Omar Pineda, ) | |
| a/k/a Filiberto Pineda, a/k/a Juan Carlos ) | |
| Pineda), ) | OAKLAND VENUE |
| ) | |
| Defendant. ) | |

TO: The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, FILIBERTO MOLINA-SANTANA, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

1  Court, and therefore petitioner prays that this Court issue the Writ as presented.

2

3  Dated: February 4, 2008                    Respectfully submitted,

4                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
5

6                                             /s/ WMRy

7                                             _____
                                              WADE M. RHYNE
8                                             Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FILIBERTO MOLINA-SANTANA<br>(a/k/a Filiberto Molina, a/k/a Omar Pineda,<br>a/k/a Filiberto Pineda, a/k/a Juan Carlos<br>Pineda),<br><br>  Defendant. | No. CR 07-0808 DLJ<br>No. CR 06-0342 DLJ<br><br>[PROPOSED] ORDER GRANTING<br>PETITION FOR AND WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, FILIBERTO MOLINA-SANTANA, before the Hon. D. Lowell Jensen, United States District Court Judge, at 9:00 a.m. on Friday, February 22, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: February___, 2008

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ