UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/22/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                 **No.** CR-07-00808-DLJ
(Related to CR-06-00342-DLJ)

**Defendant:**  Filiberto Molina-Santana [present; in custody; spanish interpreter]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:**  Haydee Claus- spanish interpreter

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
Setting/Stat                          -HELD

**Notes:**

**Case Continued to**   3/7/08 AT 9:00AM     for  STATUS

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                     for Pretrial Conference

**Case Continued to**       for        Trial

**Excludable Delay: Category: Begins:  2/22/08       Ends:** 3/7/08