1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION
11

| UNITED STATES OF AMERICA, | ) | No. CR 07-0808 DLJ |
|---|---|---|
| | ) | No. CR 06-0342 DLJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PETITION FOR AND WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| FILIBERTO MOLINA-SANTANA | ) | |
| (a/k/a Filiberto Molina, a/k/a Omar Pineda, | ) | |
| a/k/a Filiberto Pineda, a/k/a Juan Carlos | ) | |
| Pineda), | ) | OAKLAND VENUE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, FILIBERTO MOLINA-SANTANA, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

1 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
2 |
3 | Dated: February 22, 2008					Respectfully submitted,
4 |								JOSEPH P. RUSSONIELLO
  |								United States Attorney
5 |
  |								/s/ WMRy
6 |
7 |								_____
  |								WADE M. RHYNE
  |								Assistant United States Attorney
8 |

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FILIBERTO MOLINA-SANTANA<br>(a/k/a Filiberto Molina, a/k/a Omar Pineda,<br>a/k/a Filiberto Pineda, a/k/a Juan Carlos<br>Pineda),<br><br>    Defendant. | No. CR 07-0808 DLJ<br>No. CR 06-0342 DLJ<br><br>[PROPOSED] ORDER GRANTING<br>PETITION FOR AND WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, FILIBERTO MOLINA-SANTANA, before the Hon. D. Lowell Jensen, United States District Court Judge, at 9:00 a.m. on Friday, March 7, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: February___, 2008

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ