THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Friday, March 7, 2008 at 9:00 a.m., or as soon thereafter as practicable, you have and produce the body of FILIBERTO MOLINA-SANTANA, in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. D. Lowell Jensen, United States District Court Judge, 1301 Clay Street, Oakland, California 94612 on the fourth floor, in order that FILIBERTO MOLINA-SANTANA may then appear upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED: February___, 2008

                                          CLERK, UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

By: _____
      DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM