**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA | NO. CR 07-00808 DLJ |
| Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| FILIBERTO MOLINA-SANTANA | |
| Defendant.                        / | |

Please be advised that on 2/25/2008, the incorrect docket event was used by counsel for Plaintiff re docket entry #11 Application for Writ of Habeas Corpus Ad Prosequendum.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator at 510-637-3539.

Thank you for your cooperation in this matter.

Date: 2/26/08

Kelly Collins
Case Systems Administrator