JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0808 DLJ |
| Plaintiff, | No. CR 06-0342 DLJ |
| v. | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| FILIBERTO MOLINA-SANTANA (a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda), | OAKLAND VENUE |
| Defendant. | |

TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, FILIBERTO MOLINA-SANTANA, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

1 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
2 |
3 | Dated: February 22, 2008          Respectfully submitted,
4 |                                                  JOSEPH P. RUSSONIELLO
   |                                                  United States Attorney
5 |
6 |                                                  /s/ WMR
7 |                                                  _____
   |                                                  WADE M. RHYNE
   |                                                  Assistant United States Attorney
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FILIBERTO MOLINA-SANTANA<br>(a/k/a Filiberto Molina, a/k/a Omar Pineda,<br>a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda),<br><br>    Defendant. | No. CR 07-0808 DLJ<br>No. CR 06-0342 DLJ<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, FILIBERTO MOLINA-SANTANA, before the Hon. D. Lowell Jensen, United States District Court Judge, at 9:00 a.m. on Friday, March 7, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: February___, 2008

                                                                           HON. MARIA-ELENA JAMES<br>                                                                           United States Magistrate Judge