# FILED

FEB 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0808 DLJ |
| | ) | No. CR 06-0342 DLJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING |
| | ) | PETITION FOR AND WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| FILIBERTO MOLINA-SANTANA | ) | |
| (a/k/a Filiberto Molina, a/k/a Omar Pineda, | ) | |
| a/k/a Filiberto Pineda, a/k/a Juan Carlos | ) | |
| Pineda), | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

Habeas Corpus Ad Prosequendum requiring the production of defendant, FILIBERTO MOLINA-

SANTANA, before the Hon. D. Lowell Jensen, United States District Court Judge, at 9:00 a.m.

on Friday, March 7, 2008 or as soon thereafter as may be practicable, is granted, and the Writ

shall be issued as presented.

DATED: February____, 2008

HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

1    THE PRESIDENT OF THE UNITED STATES OF AMERICA

2    TO:    FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of
             his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized
3            deputies:

4                                    GREETINGS

5        WE COMMAND that on Friday, March 7, 2008 at 9:00 a.m., or as soon thereafter as

6    practicable, you have and produce the body of FILIBERTO MOLINA-SANTANA, in your

7    custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United

8    States District Court in and for the Northern District of California, in the Courtroom of the Hon.

9    D. Lowell Jensen, United States District Court Judge, 1301 Clay Street, Oakland, California

10   94612 on the fourth floor, in order that FILIBERTO MOLINA-SANTANA may then appear

11   upon the charges heretofore filed against him in the above-entitled Court, and that immediately

12   after said hearing to return him forthwith to said above-mentioned institution or abide by such

13   order of the above-entitled Court as shall thereafter be made concerning the custody of said

14   prisoner, and further to produce said prisoner at all times necessary until the termination of the

15   proceedings in this Court;

16       IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17   the above-named person, he be immediately delivered and remanded to the United States

18   Marshal and/or his authorized deputies under this Writ.

19       WITNESS the Hon. Maria-Elena James, United States Magistrate Judge of the United States

20   District Court for the Northern District of California.

21

22   DATED: February 25, 2008

23                                    CLERK, UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
24

25
               By: _____  BRENDA TOLBERT
26                 DEPUTY CLERK

27

28


WRIT OF HABEAS CORPUS AD PROSEQUENDUM