| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies: |
| 4 | GREETINGS |

5  WE COMMAND that on Friday, April 4, 2008 at 9:00 a.m., or as soon thereafter as
6  practicable, you have and produce the body of FILIBERTO MOLINA-SANTANA, in your
7  custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United
8  States District Court in and for the Northern District of California, in the Courtroom of the Hon.
9  D. Lowell Jensen, United States District Court Judge, 1301 Clay Street, Oakland, California
10 94612 on the fourth floor, in order that FILIBERTO MOLINA-SANTANA may then appear
11 upon the charges heretofore filed against him in the above-entitled Court, and that immediately
12 after said hearing to return him forthwith to said above-mentioned institution or abide by such
13 order of the above-entitled Court as shall thereafter be made concerning the custody of said
14 prisoner, and further to produce said prisoner at all times necessary until the termination of the
15 proceedings in this Court;

16  IT IS FURTHER ORDERED that should the local or state custodian release from its custody
17 the above-named person, he be immediately delivered and remanded to the United States
18 Marshal and/or his authorized deputies under this Writ.

19  WITNESS the Hon. Joseph C. Spero, United States Magistrate Judge of the United States
20 District Court for the Northern District of California.

22 DATED: March___, 2008

23                                    CLERK, UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
24

25              By: _____
26                  DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM