UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   3/7/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                                                          **No.** CR-07-00808-DLJ
                                                                                         (Related to CR-06-00342-DLJ)

**Defendant:**  Filiberto Molina-Santana [appearance waived; in custody; spanish interpreter]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** <u>Def did not appear today</u>

**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**

STATUS with Counsel                                           -HELD

**Notes:**  Defendant is in state custody and had a state court appearance today so he was not brought into Court today. AUSA will do a Writ for the 4/4/08 date in this Court.

**Case Continued to**   4/4/08 at 9:00AM   for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for             Trial


**Excludable Delay: Category: Begins:**  3/7/08         **Ends:**  4/4/08