JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FILIBERTO MOLINA-SANTANA (a/k/a Filiberto Molina, a/k/a Omar Pineda, a/k/a Filiberto Pineda, a/k/a Juan Carlos Pineda), <br><br> Defendant. | No. CR 07-0808 DLJ <br> No. CR 06-0342 DLJ <br><br> PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> OAKLAND VENUE |

TO:  The Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney Wade M. Rhyne respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, FILIBERTO MOLINA-SANTANA, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

1 | Court, and therefore petitioner prays that this Court issue the Writ as presented.

2

3 | Dated: March 7, 2008          Respectfully submitted,

4 |                                          JOSEPH P. RUSSONIELLO
United States Attorney

/s/ WMRY

_____
WADE M. RHYNE
Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FILIBERTO MOLINA-SANTANA<br>(a/k/a Filiberto Molina, a/k/a Omar Pineda,<br>a/k/a Filiberto Pineda, a/k/a Juan Carlos<br>Pineda),<br><br>　　　　Defendant. | No. CR 07-0808 DLJ<br>No. CR 06-0342 DLJ<br><br>[PROPOSED] ORDER GRANTING<br>PETITION FOR AND WRIT OF HABEAS<br>CORPUS AD PROSEQUENDUM |

　　Upon motion of the United States of America, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, FILIBERTO MOLINA-SANTANA, before the Hon. D. Lowell Jensen, United States District Court Judge, at 9:00 a.m. on Friday, April 4, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: March 10, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. J
　　　　　　　　　　　　　　　　　　United        Judge Joseph C. Spero

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 07-0808 DLJ
CR 06-0342 DLJ