UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/4/08

**Clerk:** Frances Stone
**Court Reporter: Not Held- Not Reported**

**Plaintiff:**  United States

**v.**                                                                                       **No.** CR-07-00808-DLJ
                                                                                       (related to CR-06-00342-DLJ)

**Defendant:** Filiberto Molina-Santana [in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** <u>Hearing Not Held Today</u>

**Probation Officer:**

**Reason for Hearing:**                 **Ruling:**
STATUS                                  -NOT HELD PER COURT'S CALENDAR

**Notes:**  Clerk spoke to attorneys and the next date in this case is 4/11/08 at 9:00AM for a Change of Plea.

**Case Continued to**              for

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:**         Ends: