UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| United States of America | ) ) ) | |
| Plaintiff(s), | ) ) | CASE NO. CR-07-00808-DLJ<br>(Related case CR-06-00342-DLJ) |
| -V- | ) ) ) | NOTICE |
| Filiberto Molina-Santana | ) ) | |
| Defendant(s), | ) ) ) | |

TO:

    Daniel Kaleba
    US Attorneys Office
    1301 Clay Street, Ste. 340S
    Oakland, CA 94612

    John Paul Reichmuth
    Federal Public Defender's Office
    555-12th Street, Ste. 650
    Oakland, CA 94607

    YOU ARE HEREBY NOTIFIED THAT a Change of Plea Hearing in the above entitled case will be held on Friday, April 11, 2008 at 9:00am before Judge Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: April 4, 2008

                By: *Frances Stone*
                Frances Stone
                Clerk to D. Lowell Jensen