UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO          **Time:**    9:43am to 9:51am

**Plaintiff:** United States

**v.**                                                  **No.** CR-07-00808-DLJ
                                                        (related case is CR-06-00342-DLJ)

**Defendant:** Filiberto Molina-Santana [present, in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba  (for Wade Rhyne)

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** Angela Zawadzki - spanish interpreter

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
**CHANGE OF PLEA**                  **-HELD**

>   **Guilty Plea to Count One of the Indictment. Plea is with consent of counsel.
>   Plea is accepted and entered.**

**Notes:** For the Sentencing date Angela Hansen, AFPD will be representing the defendant.

**Case Continued to   7/11/08 at 10:00AM             for SENTENCING**

**Excludable Delay: Category: Begins:          Ends:**

COPY TO PROBATION