UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number     CR-07-00808-01-DLJ
Defendant's Name    **Filiberto Molina-Santana**
Defendant's Counsel    John Paul Reichmuth
Due Date    7/11/08 AT 10AM
    1  /Courtroom    Floor 4th

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a:

    XX        Presentence Investigation
              Bail Investigation
              Bail Supervision
              Postsentence Investigation
              4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,** before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone , Deputy Clerk

Dated: 4/11/08

## US PROBATION OFFICE

Is defendant in custody?     Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____