BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MOLINA-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FILBERTO MOLINA-SANTANA, ) <br> ) <br> Defendant. ) <br> _____) | No.   CR-07-0808-DLJ <br>          CR-06-0342-DLJ <br> <br> **DEFENDANT'S** <br> **SENTENCING MEMORANDUM** <br> <br> Sentencing Date: July 11, 2008 |

Filberto Molina-Santana, through his attorney, Assistant Federal Public Defender Angela M. Hansen, submits this Sentencing Memorandum to request that the Court sentence Mr. Molina to the agreed-upon sentence in his Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement with the government.

It is undisputed that Mr. Molina is at an offense level 10 and in Criminal History Category V, for a resulting range of 21 to 27 months. PSR ¶ 61. In reaching a global disposition of Mr. Molina's supervised release violation and his new illegal reentry case, the parties agreed that the appropriate sentence in this case would be the high-end of the applicable guideline range. *See* Plea Agreement ¶ 8. Mr. Molina therefore requests that the court sentence him to 27 months in the custody of the Bureau of Prisons and to 3 years of supervised release in case number CR-07-0808-DLJ.

As for the alleged violation of his supervised release in case number CR-06-00342-DLJ,

1 the government has agreed to dismiss the amended petition. *See* Plea Agreement ¶ 13. For this
2 reason, Mr. Molina requests that the Court impose no additional sentence on that case.

Dated: July 7, 2008                                 Respectfully submitted,

                                                    BARRY J. PORTMAN
                                                    Federal Public Defender

                                                           /S/
                                                    ANGELA M. HANSEN
                                                    Assistant Federal Public Defender