10AM
YC
E-FILING CASE
INT.
(RELATED TO CR-06-0034J-DLJ)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTE ORDER

11:18 AM - 11:25 AM

**FILED**
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 7/11/08
Case No: CR-07-00808-DLJ
Judge: D. Lowell
Reporter: IRENE RODRIGUEZ
Clerk: Frances Stone

Defendant(s): FILIBERTO MOLINA-SANTANA  Present? Y  In Custody? Y
Defense Counsel: ANGELA HANSEN

US Attorney: CHRISTINE WONG
Interpreter: SPANISH - ANGELA ZAWADZKI
US Probation Officer: BRIAN CASAI (FOR CHRIS CREWS)

Reason for Hearing: SENTENCING

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 27 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES RIGHT TO APPEAL.

Notes: CASE CR06-0342 - MOTION TO DISMISS THE FORM 12 PETITION IS GRANTED.